**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

IN RE:
PAUL RALPH LUCERO,
        Debtor(s).                                     No. 13-19-12308 TA

## OBJECTION TO CLAIM OF U.S. BANK TRUST NATIONAL ASSOCIATION/ SN SERVICING CORPORATION (CC#11)

The Standing Chapter 13 Trustee, Tiffany M. Cornejo (Trustee), objects to the claim(s) of U.S. Bank Trust National Association/SN Servicing Corporation (claim #11), in the amount of $360,609.61, filed on April 20, 2020, as follows (see basis for objection checked below):

1.     The deadline for filing proofs of claim for non-governmental creditors was December 17, 2019. Pursuant to Rule 3004, debtor(s) may file a proof of claim within 30 days after the expiration of the time for filing claims. This claim was not timely filed and should not be allowed to participate in distributions under the confirmed plan.

WHEREFORE, the chapter 13 trustee prays that the Court enter an order granting the relief requested above, and granting such other and further relief as the Court may deem just and proper.

                                                    TIFFANY M. CORNEJO
                                                    STANDING CHAPTER 13 TRUSTEE

                                                    <u>Electronically filed/Tiffany M. Cornejo/tk</u>
                                                    Tiffany M. Cornejo
                                                    625 Silver SW, Ste. 350
                                                    Albuquerque, NM 87102
                                                    (505) 243-1335 fax (505) 247-2709

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail to the debtor(s) and the following parties, at the addresses listed below, on April 24, 2020.

SN Servicing Corporation
Attn: Officer and/or General/Managing Agent
323 Fifth Street
Eureka, CA 95501

Richard E. Anderson
Counsel for US Bank Trust National Association
4920 Westport Drive
The Colony, TX 75056

Paul Ralph Lucero
10540 Borrego Creek
Albuquerque, NM 87114

Mark Regazzi
Attorney for Debtor
2501 Yale Blvd SE Suite 203
Albuquerque, NM 87106

                                                /s/ Tiffanie Kelly